# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2024-0236
_____

FLORIDA DEPARTMENT OF
CHILDREN AND FAMILIES,

Petitioner,

v.

RICHARD HERSTEIN,

Respondent.

_____

Petition for Writ of Certiorari—Original Jurisdiction.

April 9, 2024

PER CURIAM.

DISMISSED.

M.K. THOMAS, TANENBAUM, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Miriam R. Coles and Dawn M. McMahon of Henry Buchanan, P.A., Tallahassee, for Petitioner.

Ashley N. Richardson of Marie A. Mattox, P.A., Tallahassee, for Respondent.